clear that the offense charged was possessing the liquor for the purpose of sale.

 Appellant urges in his brief that the state failed to prove that Nacogdoches county was dry area as it applied to the character of liquor appellant was proved to have possessed. This contention seems to be without merit. We here refer to the agreement in the statement of facts as to the result of the local option election in said county in 1906, supplemented by the testimony of the county clerk that the records of the commissioners court showed that subsequent elections resulted in no change in the status of prohibition which resulted from the 1906 election. Appellant might have forced the state to introduce the records of the subsequent elections as the best evidence of the fact that no change in the status had occurred, but the fact was proved by the custodian of the records without objection.

The judgment is affirmed.

## On Appellant's Motion for Rehearing.

CHRISTIAN, Judge.

A re-examination of the record in the light of appellant's motion for a rehearing leaves us of opinion that error is not presented.

Appellant's motion for rehearing is overruled.

Fred Wright, of Throckmorton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of misdemeanor theft, and his punishment fixed at nine months' confinement in the county jail.

The record is before us without a statement of facts or bills of exception. All matters of procedure appear regular.

The judgment is affirmed.